UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID GUNNAR CARLSON and )
NORMA JEAN CARLSON, Co-Trustees )
of the John DeVries Trust and Co-Personal )
Representatives of the Estate of John )
DeVries, Deceased, )
       Plaintiffs, )
  ) No. 1:13-cv-515
-v- )
  ) HONORABLE PAUL L. MALONEY
CALVARY BAPTIST CHURCH OF MUSKEGON, )
a/k/a CALVARY CHURCH, Davis S. Sandison, )
Registered Agent, CALVARY CHURCH AND )
CHRISTIAN SCHOOL, a/k/a CALVARY )
BAPTIST ACADEMY, DR. JEFF ZEHR, Board )
President, and WILLIAM J. RUDD, )
Individually and as Senior Pastor/President, )
       Defendants. )
  )

## **JUDGMENT**

Having concluded that this Court lacks subject-matter jurisdiction and having remanded this action to the Probate Court of Muskegon County, Michigan under 28 U.S.C. § 1447(c), as required by Fed. R. Civ. P. 58, **JUDGMENT** enters in favor of Defendants and against Plaintiffs.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:  May 20, 2013                                   /s/ Paul L. Maloney
                                                                             Paul L. Maloney
                                                                             Chief United States District Judge