UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| DAVID GUNNAR CARLSON and NORMA JEAN CARLSON, Co-Trustees of the John DeVries Trust and Co-Personal Representatives of the Estate of John DeVries, Deceased,<br>      Plaintiffs,<br>-v-<br><br>CALVARY BAPTIST CHURCH OF MUSKEGON, a/k/a CALVARY CHURCH, Davis S. Sandison, Registered Agent, CALVARY CHURCH AND CHRISTIAN SCHOOL, a/k/a CALVARY BAPTIST ACADEMY, DR. JEFF ZEHR, Board President, and WILLIAM J. RUDD, Individually and as Senior Pastor/President,<br>      Defendants. | No. 1:13-cv-515<br><br>HONORABLE PAUL L. MALONEY |

## **JUDGMENT**

Having concluded that this Court lacks subject-matter jurisdiction and having remanded this action to the Probate Court of Muskegon County, Michigan under 28 U.S.C. § 1447(c), as required by Fed. R. Civ. P. 58, **JUDGMENT** enters in favor of Defendants and against Plaintiffs.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:   May 20, 2013                                                              /s/ Paul L. Maloney
                                                                                                        Paul L. Maloney
                                                                                                        Chief United States District Judge